**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **TONY NGUYEN** | § | |
| | § | |
| *Plaintiff* | § | **CAUSE NO. 4:25-cv-03595** |
| **v.** | § | |
| | § | |
| **NATIONSTAR MORTGAGE LLC** | § | |
| **D/B/A RUSHMORE SERVICING** | § | |
| | § | |
| *Defendant* | § | |

## JOINT STIPULATION OF DISMISSAL

COME NOW plaintiff Tony Nguyen (**plaintiff**) and defendant Nationstar Mortgage LLC dba Rushmore Servicing[1] (**defendant**) and, being all of the parties to this action, jointly stipulate and agree pursuant to Rule 41(a) of the Federal Rules of Civil Procedure that this action, and each and every count and claim asserted therein, be dismissed with prejudice, each party to bear their own costs, expenses and fees.

Dated: July 13, 2026

Respectfully submitted,

/s/ Tony Nguyen
Tony Nguyen
TonyN714@gmail.com
11306 Briar Rose Drive
Houston, TX 77077
telephone 832.919.8070
**Plaintiff** *pro se*

      /s/ Matthew D. Durham
C. Charles Townsend, SBN 24028053
ctownsend@hinshawlaw.com
--*Attorney in Charge*
Matthew D. Durham, SBN 24040226
mdurham@hinshawlaw.com
500 N. Akard Street, Suite 2200
Dallas, TX 75201
Telephone 945.229.6390
**Attorneys for Defendant**

---

[1] Rocket Mortgage, LLC is successor by merger to Nationstar Mortgage LLC as of February 6, 2026.

## **CERTIFICATE OF SERVICE**

I certify that on <u>July 13, 2026</u> I electronically filed the foregoing document(s) and that they are available for viewing and downloading from the Court's CM/ECF system, and that the participants in the case that are registered CM/ECF users will be served electronically by the CM/ECF system. I further certify that a copy of the foregoing document(s) was mailed via U.S. Mail and emailed to the person(s) listed below:

Tony Nguyen
11306 Brian Rose Drive
Houston, TX 77077
TonyN714@gmail.com

*/s/ Matthew D. Durham*
Matthew D. Durham

## **CERTIFICATE OF CONFERENCE**

The parties conferred on the relief requested herein on July 12, 2026, and as stated above, they jointly stipulate and agree to such relief.

*/s/ Matthew D. Durham*
Matthew D. Durham